# EXHIBIT A

## *John Doe*

| IP Address | ISP | Date/Time (UTC) |
|---|---|---|
| 67.172.174.86 | Comcast Cable Communications | 2011-11-06 14:12:28 |

## *Co-Conspirators*

| IP Address | ISP | Date/Time (UTC) |
|---|---|---|
| 108.0.72.18 | Verizon Online | 2011-11-17 08:06:22 |
| 108.203.52.188 | AT&T Internet Services | 2011-11-21 16:49:51 |
| 108.43.147.160 | Verizon Online | 2011-11-06 19:46:55 |
| 108.94.29.137 | AT&T Internet Services | 2011-10-31 15:59:13 |
| 173.167.116.75 | Comcast Cable Communications | 2011-11-09 04:56:34 |
| 173.51.119.130 | Verizon Online | 2011-11-25 08:49:42 |
| 173.58.3.245 | Verizon Online | 2011-11-27 17:16:16 |
| 173.60.243.147 | Verizon Online | 2011-11-27 02:04:20 |
| 174.34.192.14 | Roseville Telephone Company | 2011-11-11 23:29:24 |
| 174.62.72.207 | Comcast Cable Communications | 2011-11-08 13:00:56 |
| 174.62.72.42 | Comcast Cable Communications | 2011-10-31 15:25:49 |
| 174.62.73.53 | Comcast Cable Communications | 2011-11-20 20:25:45 |
| 174.66.139.219 | Cox Communications | 2011-11-07 00:52:26 |
| 204.152.202.181 | OC3 Networks & Web Solutions | 2011-11-07 20:24:56 |
| 216.73.211.221 | Road Runner | 2011-12-01 01:27:54 |
| 24.10.35.150 | Comcast Cable Communications | 2011-11-11 22:03:24 |
| 24.130.81.242 | Comcast Cable Communications | 2011-12-09 07:34:28 |
| 24.152.168.74 | Road Runner | 2011-11-07 19:04:32 |
| 24.205.182.18 | Charter Communications | 2011-11-03 20:09:57 |
| 24.205.253.207 | Charter Communications | 2011-11-15 17:32:34 |
| 24.24.234.48 | Road Runner | 2011-11-08 04:39:23 |
| 24.6.184.207 | Comcast Cable Communications | 2011-11-21 06:42:48 |
| 24.6.81.207 | Comcast Cable Communications | 2011-12-03 19:34:47 |
| 50.0.109.163 | Sonoma Interconnect | 2011-12-01 11:50:59 |
| 50.131.154.12 | Comcast Cable Communications | 2011-12-12 08:19:33 |
| 66.134.164.76 | Covad Communications | 2011-11-16 06:32:38 |
| 66.214.170.193 | Charter Communications | 2011-11-07 23:46:48 |
| 66.215.252.44 | Charter Communications | 2011-11-30 07:30:18 |
| 66.215.61.176 | Charter Communications | 2011-12-04 07:49:57 |
| 66.215.66.234 | Charter Communications | 2011-11-24 09:56:35 |
| 66.239.60.202 | Wave Broadband | 2011-11-26 05:51:30 |
| 66.239.62.40 | Wave Broadband | 2011-12-12 02:29:32 |
| 66.27.155.161 | Road Runner | 2011-11-10 11:26:56 |
| 67.160.216.175 | Comcast Cable Communications | 2011-11-09 00:59:40 |
| 67.161.44.94 | Comcast Cable Communications | 2011-11-19 09:19:23 |
| 67.170.224.143 | Comcast Cable Communications | 2011-11-26 07:23:28 |
| 67.181.173.134 | Comcast Cable Communications | 2011-11-30 18:58:21 |
| 67.182.178.186 | Comcast Cable Communications | 2011-12-14 00:21:48 |
| 67.182.61.159 | Comcast Cable Communications | 2011-12-10 03:21:20 |

| IP Address | ISP | Date/Time |
|---|---|---|
| 67.182.9.104 | Comcast Cable Communications | 2011-11-10 00:57:36 |
| 67.182.92.223 | Comcast Cable Communications | 2011-11-14 18:01:07 |
| 68.107.27.42 | Cox Communications | 2011-11-14 21:45:56 |
| 68.108.240.202 | Cox Communications | 2011-11-09 07:31:45 |
| 68.125.35.20 | AT&T Internet Services | 2011-12-01 02:13:08 |
| 68.126.129.243 | AT&T Internet Services | 2011-12-01 09:16:52 |
| 68.190.233.139 | Charter Communications | 2011-12-13 03:43:06 |
| 68.4.252.170 | Cox Communications | 2011-11-29 16:33:56 |
| 68.4.52.209 | Cox Communications | 2011-11-24 10:02:43 |
| 68.6.165.218 | Cox Communications | 2011-11-25 01:22:41 |
| 68.6.76.161 | Cox Communications | 2011-12-05 20:27:16 |
| 69.107.103.13 | AT&T Internet Services | 2011-11-20 02:56:11 |
| 69.108.82.62 | AT&T Internet Services | 2011-12-14 06:18:31 |
| 69.181.138.57 | Comcast Cable Communications | 2011-11-30 19:52:28 |
| 69.224.151.7 | AT&T Internet Services | 2011-11-09 09:59:07 |
| 69.26.150.97 | Aerioconnect | 2011-11-28 14:57:09 |
| 69.62.200.137 | Roseville Telephone Company | 2011-10-31 18:46:37 |
| 69.62.207.164 | Roseville Telephone Company | 2011-11-07 21:30:51 |
| 70.141.255.97 | AT&T Internet Services | 2011-12-13 01:04:00 |
| 70.181.144.86 | Cox Communications | 2011-11-03 22:27:01 |
| 71.108.53.34 | Verizon Online | 2011-12-09 03:13:00 |
| 71.156.51.28 | AT&T Internet Services | 2011-12-14 11:05:49 |
| 71.177.159.140 | Verizon Online | 2011-11-04 16:43:29 |
| 71.177.197.226 | Verizon Online | 2011-12-02 20:52:55 |
| 71.193.42.248 | Comcast Cable Communications | 2011-11-25 14:37:10 |
| 71.202.182.65 | Comcast Cable Communications | 2011-11-19 09:55:14 |
| 71.204.142.150 | Comcast Cable Communications | 2011-11-24 02:33:03 |
| 71.246.62.136 | Verizon Online | 2011-11-06 07:28:54 |
| 71.95.166.151 | Charter Communications | 2011-12-14 10:35:50 |
| 72.129.122.159 | Road Runner | 2011-11-21 16:49:34 |
| 72.197.237.155 | Cox Communications | 2011-11-24 06:32:53 |
| 72.199.104.226 | Cox Communications | 2011-11-12 07:05:12 |
| 72.219.151.30 | Cox Communications | 2011-11-19 04:26:18 |
| 72.219.187.114 | Cox Communications | 2011-11-06 02:34:38 |
| 72.220.151.26 | Cox Communications | 2011-12-12 21:57:24 |
| 72.220.184.219 | Cox Communications | 2011-11-24 01:19:47 |
| 72.51.40.247 | Peer 1 Network Inc. | 2011-10-31 19:41:25 |
| 74.126.226.104 | Cogent/PSI | 2011-10-31 17:09:46 |
| 75.128.53.112 | Charter Communications | 2011-10-31 17:13:25 |
| 75.142.59.146 | Charter Communications | 2011-11-24 22:00:11 |
| 75.28.140.24 | AT&T Internet Services | 2011-12-14 07:35:05 |
| 75.41.112.16 | AT&T Internet Services | 2011-11-02 16:31:28 |
| 75.41.59.229 | AT&T Internet Services | 2011-11-04 15:34:35 |
| 75.50.180.73 | AT&T Internet Services | 2011-12-15 15:18:10 |
| 75.83.68.234 | Road Runner | 2011-11-01 23:27:11 |
| 75.84.41.41 | Road Runner | 2011-11-06 10:55:14 |
| 76.102.235.56 | Comcast Cable Communications | 2011-11-10 06:36:16 |

| IP Address | ISP | Date/Time |
|---|---|---|
| 76.103.170.48 | Comcast Cable Communications | 2011-12-07 08:03:38 |
| 76.103.6.90 | Comcast Cable Communications | 2011-11-04 01:29:06 |
| 76.114.51.249 | Comcast Cable Communications | 2011-12-04 06:13:20 |
| 76.126.127.41 | Comcast Cable Communications | 2011-11-15 01:13:54 |
| 76.14.187.117 | Wave Broadband | 2011-12-04 00:02:51 |
| 76.14.65.245 | Wave Broadband | 2011-11-10 05:42:21 |
| 76.167.186.110 | Road Runner | 2011-11-09 15:51:35 |
| 76.168.141.56 | Road Runner | 2011-11-11 23:46:24 |
| 76.169.198.209 | Road Runner | 2011-11-08 17:05:12 |
| 76.171.177.129 | Road Runner | 2011-12-05 22:29:51 |
| 76.173.174.77 | Road Runner | 2011-11-18 16:37:50 |
| 76.173.94.173 | Road Runner | 2011-11-15 20:47:53 |
| 76.191.236.23 | Sonoma Interconnect | 2011-11-07 23:16:32 |
| 76.20.105.64 | Comcast Cable Communications | 2011-11-29 04:54:29 |
| 76.217.21.47 | AT&T Internet Services | 2011-11-20 20:15:26 |
| 76.87.96.63 | Road Runner | 2011-12-02 19:38:28 |
| 76.89.190.105 | Road Runner | 2011-11-03 23:35:21 |
| 76.90.120.33 | Road Runner | 2011-11-28 22:03:39 |
| 76.90.166.119 | Road Runner | 2011-11-22 11:24:52 |
| 76.94.14.186 | Road Runner | 2011-12-13 18:10:34 |
| 76.94.233.18 | Road Runner | 2011-11-14 05:58:22 |
| 76.94.79.221 | Road Runner | 2011-11-18 01:34:21 |
| 96.247.105.162 | Verizon Online | 2011-11-06 21:01:50 |
| 96.41.67.174 | Charter Communications | 2011-11-07 00:50:36 |
| 97.93.32.171 | Charter Communications | 2011-12-02 09:38:02 |
| 98.112.227.73 | Verizon Online | 2011-11-21 20:20:46 |
| 98.149.186.246 | Road Runner | 2011-11-10 09:22:46 |
| 98.207.73.21 | Comcast Cable Communications | 2011-12-08 02:47:40 |
| 98.208.62.117 | Comcast Cable Communications | 2011-11-30 04:56:11 |
| 98.210.147.189 | Comcast Cable Communications | 2011-11-20 01:23:47 |
| 98.224.80.192 | Comcast Cable Communications | 2011-12-12 19:50:41 |
| 98.234.146.163 | Comcast Cable Communications | 2011-11-21 18:52:21 |
| 98.234.83.159 | Comcast Cable Communications | 2011-11-27 17:22:31 |
| 98.238.178.23 | Comcast Cable Communications | 2011-11-26 12:26:52 |
| 98.244.52.192 | Comcast Cable Communications | 2011-10-31 19:19:45 |
| 98.248.29.194 | Comcast Cable Communications | 2011-11-13 19:33:57 |
| 98.255.131.232 | Comcast Cable Communications | 2011-11-17 02:18:14 |
| 99.52.96.229 | AT&T Internet Services | 2011-11-08 05:20:17 |
| 99.61.115.210 | AT&T Internet Services | 2011-12-12 16:13:47 |
| 99.74.148.74 | AT&T Internet Services | 2011-11-22 13:30:26 |