IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HARD DRIVE PRODUCTIONS, INC.,

    Plaintiff,                                    CIV. NO. S-11-3476 MCE CKD

    vs.

JOHN DOE,

    Defendant.                                 <u>ORDER</u>

_____/

        On January 17, 2012, this court granted plaintiff's ex parte application for leave to take expedited discovery. Plaintiff was permitted to serve Rule 45 subpoenas on specified internet service providers ("ISPs") to obtain contact information regarding certain subscribers. The ISPs, in turn, were ordered to serve a copy of the subpoena and court order on the relevant subscribers. The court further ordered that:

> The subscribers and the ISPs shall each have 30 days from the respective dates of service upon them to file any motions contesting the subpoena (including a motion to quash or modify the subpoena). If that period elapses without the filing of a contesting motion, the ISPs shall have ten (10) days thereafter to produce the information responsive to the subpoena to plaintiff.

(<u>See</u> Dkt. No. 9.)

1   Subsequently, on February 28, 2012, one of the subscribers, Eric Cota, filed
2   objections to a Rule 45 subpoena issued pursuant to this court's expedited discovery order and
3   served on one of the ISPs, Charter Communications, Inc. (<u>See</u> Dkt. No. 10.)  Even if this court
4   were to construe the objections as a motion to quash or modify the subpoena, it appears that the
5   subpoena was issued out of the United States District Court for the Northern District of Illinois.
6   Accordingly, any motion to quash or modify the subpoena must be filed in that court, in
7   accordance with its local rules and the Federal Rules of Civil Procedure.[1]

8   Accordingly, IT IS HEREBY ORDERED THAT:

9   1. Third party Eric Cota's objections, construed as a purported motion to quash
10  the subpoena (dkt. no. 10), are denied without prejudice.

11  2. The Clerk shall serve a copy of this order on Eric Cota and Charter
12  Communications, Inc. at the addresses listed in the papers accompanying Mr. Cota's objections.

Dated: March 1, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

CKD/5
HardDrive.3476.subp.obj.wpd

---

[1] For further information, please contact the Clerk's Office of the United States District Court for the Northern District of Illinois at (312) 435-5670.  <u>See</u> http://www.ilnd.uscourts.gov/home/ClerksOffice.aspx.