1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10   HARD DRIVE PRODUCTIONS, INC.,

11          Plaintiff,                    CIV. NO. S-11-3476 MCE CKD

12       vs.

13   JOHN DOE,

14          Defendant.              <u>ORDER</u>

15   _____/

16          On January 17, 2012, this court granted plaintiff's ex parte application for leave to

17   take expedited discovery.  Plaintiff was permitted to serve Rule 45 subpoenas on specified

18   internet service providers ("ISPs") to obtain contact information regarding certain subscribers.

19   The ISPs, in turn, were ordered to serve a copy of the subpoena and court order on the relevant

20   subscribers.  The court further ordered that:

21          The subscribers and the ISPs shall each have 30 days from the
            respective dates of service upon them to file any motions
22          contesting the subpoena (including a motion to quash or modify the
            subpoena).  If that period elapses without the filing of a contesting
23          motion, the ISPs shall have ten (10) days thereafter to produce the
            information responsive to the subpoena to plaintiff.
24

25   (<u>See</u> Dkt. No. 9.)

26   \\\\\

1

1    Subsequently, one of the subscribers, who identified himself as "John Doe," filed

2    objections to a Rule 45 subpoena issued pursuant to this court's expedited discovery order and

3    served on one of the ISPs, Charter Communications, Inc. (See Letter dated March 10, 2012.)

4    Even if this court were to construe the objections as a motion to quash or modify the subpoena, it

5    appears that the subpoena was issued out of the United States District Court for the Northern

6    District of Illinois. Accordingly, any motion to quash or modify the subpoena must be filed in

7    that court, in accordance with its local rules and the Federal Rules of Civil Procedure.[1]

8    Accordingly, IT IS HEREBY ORDERED THAT:

9    1. Third party John Doe's objections, construed as a purported motion to quash

10   the subpoena, are denied without prejudice.

11   2. The Clerk shall serve a copy of this order on John Doe and Charter

12   Communications, Inc. at the addresses listed in the papers accompanying John Doe's objections.

13   Dated: April 3, 2012

14   _____

15   CAROLYN K. DELANEY
     UNITED STATES MAGISTRATE JUDGE

16

17

18   4
     HardDrive2.3476.subp.obj.wpd

19

20

21

22

23

24

25   [1] For further information, please contact the Clerk's Office of the United States District
     Court for the Northern District of Illinois at (312) 435-5670. See
26   http://www.ilnd.uscourts.gov/home/ClerksOffice.aspx.